JUDGE MARSHA J. PECHMAN
MAGISTRATE JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO HOLFFMANS-ESTRADA,<br>A 78-046-984<br><br>Petitioner,<br><br>v.<br><br>ALBERTO GONZALES, *et al.*,<br><br>Respondents. | NO. C05-1839-MJP-JPD<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING A RETURN AND STATUS REPORT AND RELATED BRIEFING SCHEDULE |

THIS MATTER comes before the Court upon the agreed motion filed by counsel for petitioner, Assistant Federal Public Defender Jay W. Stansell.

The Court, having reviewed the motion, the affidavit of Jay W. Stansell in support of the motion, and the records and files herein,

HEREBY FINDS that good cause exists to extend the deadline for filing the Return and Status Report until December 21, 2005 and petitioner's reply until December 28, 2005, and hereby GRANTS the agreed motion for extension.

ORDER GRANTING MOTION TO EXTEND
DEADLINE FOR FILING A RETURN AND STATUS REPORT
AND RELATED BRIEFING SCHEDULE          -1-

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS HEREBY ORDERED:

1. Respondent's Return and Status Report is due on December 21, 2005.

2. Petitioner's reply is due on December 28, 2005.

SO ORDERED this 5th day of December, 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented by

s/   Jay W. Stansell,
WSBA # 18752
Attorney for Sergio Holffmans-Estrada
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
Jay_Stansell@fd.org


s/ Robert P. Brouillard
Assistant United States Attorney
*Per Telephonic Authorization*

ORDER GRANTING MOTION TO EXTEND
DEADLINE FOR FILING A RETURN AND STATUS REPORT
AND RELATED BRIEFING SCHEDULE                -2-

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**